

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00196-CR

QUENTIN JAMAL WALKER, Appellant

§ On Appeal from the 371st District Court

§ of Tarrant County (1759203)

V.

§ July 11, 2024

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in one of the trial court's judgments. We vacate the conviction for manslaughter and affirm the remaining convictions.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack